# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HAROLD D. WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CV01073 ERW |
| ) | |
| JO ANNE B. BARNHART, ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles pursuant to 28 U.S.C. § 636(b). The Court notes that no objections to the Report and Recommendation have been filed within the time afforded by 28 U.S.C. § 636(b)(1).

Pursuant to 42 U.S.C. § 405(g), a party may seek review of any final decision of the Commissioner of Social Security. Upon review, a district court may remand to the Commissioner, under sentence four of § 405(g).

As detailed in the Report and Recommendation, a supplemental hearing by the Administrative Law Judge is necessary to develop a full and fair record with regard to Plaintiff's residual functional capacity. Furthermore, any credibility determinations made upon remand shall be based on facts in the record and include a specific and meaningful discussion of the factors in *Polaski v. Heckler*, 939 F.2d 1320 (8th Cir. 1984). Therefore, after consideration of the issues, the Court hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation.

1

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed. The above-styled action is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the Report and Recommendation.

Dated this 26th day of July, 2006.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE